No. 04-02-00160-CV


IN RE Michael G. BROWN, M.D.


Original Mandamus Proceeding

Arising from the 410th Judicial District Court, Montgomery County, Texas 

Trial Court No. 01-02-00811-CV

Honorable K. Michael Mayes, Judge Presiding




PER CURIAM


Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Sandee Bryan Marion, Justice 


Delivered and Filed: October 16, 2002


PETITION FOR WRIT OF MANDAMUS DISMISSED


 On October 1, 2002, relator filed an unopposed motion to dismiss this mandamus proceeding.
We GRANT the motion, and dismiss the petition for writ of mandamus.

 Relator shall pay all costs incurred in this proceeding.

 PER CURIAM

DO NOT PUBLISH